THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED C. ROBERTS, Appellant. [646 NYS2d 270]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.